IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 21-00077-03-CR-W-BP |
| | ) | |
| JUAN EMILIO GOMEZ-PADILLA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING PLEA OF GUILTY

On January 8, 2024, the Honorable W. Brian Gaddy, United States Magistrate Judge for this District, recommended the Court accept Defendant's plea of guilty to Count I of the Indictment, which charged Defendant with conspiring to distribute more than 500 grams of methamphetamine. There has been no objection to Judge Gaddy's recommendation and the time for objecting has passed. Accordingly, the Court adopts the recommendation; Defendant's plea of guilty is now accepted and he is adjudged guilty.

The United States Probation Office shall prepare a presentence investigation report. Sentencing will be set by subsequent Order of the Court.

**IT IS SO ORDERED.**

/s/ Beth Phillips
BETH PHILLIPS, CHIEF JUDGE
DATE: January 29, 2024           UNITED STATES DISTRICT COURT